IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID SEEVER ) | |
| ) | CASE NO. 1.11-cv-00260BLW |
| Plaintiff ) | |
| ) | |
| v ) | |
| ) | JUDGMENT |
| SAXON MORTGAGE SERVICES INC, a ) | |
| Virginia Corporation; WELLS FARGO BANK ) | |
| National Association, as Trustee for ) | |
| Securitized Asset Backed Receivables LLC ) | |
| 2005-FRI Mortgage Pass Through Certificates ) | |
| Series 2005 – FRI ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

    Finding good cause therefore,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that this matter is dismissed with prejudice and that each party shall be responsible for each party's own costs and attorneys fees.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Clerk shall close this case.

DATED: August 15, 2013

_____

B. Lynn Winmill

Chief Judge

United States District Court

JUDGMENT -- 1